# EXHIBIT C

Name: Gebhardt    Date: 9-3-08

Known Drug Allergies:    Current Medications:( see list
Codeine    Crestor HCTZ Ambien Xanax

Wt: 112    Ht:    B/P: 132/86    P:    R:    T: 98.3

Symptoms: (Chief Complaint)  ① alcohol test/drug—pt unsure of results—possible job termination

__fever __night sweats __weight change __Fatigue __Insomnia __Depression __Anxiety __body aches
__headache __vision change __congestion __sore throat __ear pain/pressure __chest pain __Cough
__sputum __SOB __N/V __ABD Pain __Diarrhea __Constipation __Joint Pain __Rash __blood in stool
__Dysuria __Urgency __Hematuria __Discharge __Numbness __Weakness __Parasthesias __dizzy/vertigo

As above. Long driving c
positive cases. Had not eaten <48°.
+ reflex. Had used mouthwash to clean
mouth. Resolve c + LFB

**Observation:**

| | |
|---|---|
| General: | ✓ Normal  __Abnormal |
| HEENT: | ✓ TMs-normal, OP-normal, Nares-normal |
| | __Other |
| Neck: | ✓ No lymphadenopathy, No thyromegaly, No bruits, No JVD |
| | __Other |
| Lungs: | ✓ Clear to auscultation bilaterally |
| | __Other |
| Heart: | ✓ Regular rate and Rhythm, without mumurs/rubs/gallops |
| | __Other |
| Abdomen: | ✓ BS+, NT/ND, No HSM, No masses ___other |
| Skin: | ✓ No rash, No lesions, __Other |
| EXT: | __No clubbing/cyanosis/edema, good pulses |
| | __Other |
| Neuro: | __Cranial nerves intact, Motor/sensory intact /DTRs bilaterally |
| | __Other |
| Musc/skel: | __Normal range of motion, No effusion/swelling/erythema Other |

Assessment/Plan:    Follow-up: ___ days/weeks/months

1. + LFB    Consults: ✓
   — driving regular
     positive cases

2.    Tests Ordered: _____

3.

4.