# EXHIBIT E

# Incident Facts  9/14/09

1. I am in good standing as a Flight Attendant with negative 3 1/2 points. Negative 4 1/2 after FMLA is approved.
2. No sick calls in 2008 and worked thru my vacations.
3. No doctor notes this year other than the pending FMLA.
4. Never in my career have I No Showed, missed lobby, or delayed a flight.
5. I have been dealing with extreme tragedy in my home since January. I had to care for my Fiance who almost died. He remained hospitalized for 3 weeks. He is recovering from being paralyzed from the neck down. I never let it interfere with my job.
6. I continue to deal with the affects on our 9 year old daughter.
7. Since July I have had very rapid weight loss and continue to do so.
8. My doctor (Dr Shannon Schader) is treating me for GERDS ( Acid Reflux ) for which I take medication .
9. I am also treated and take medication for Hypertension and Cholesterol. Anxiety as needed.

10. I would never knowingly report to work and jeopardize my career or the integrity of SWA.
11. I would never operate a vehicle under the influence of a substance.
12. If it was brought to my attention of alcohol odor or suspicious actions, I would have never reported to work.
13. I would have never exposed myself to 3 supervisors if I felt I was intoxicated or not in the right state of mind.
14. My Orthopedic doctor ( Dr Matthew Warnock) who is treating my shoulder injury would have kept on FMLA for 2-3 more weeks.
15. I have enough sick pay and disability to cover my absence.
16. I complied with everything asked of me. I felt there was no reason for there to be a problem with me.
17. I had one alcohol drink at 10:30 -11:00pm knowing my check time was 9:00am.
18. I used mouthwash at the parking garage to refresh my coffee breath.
19. I have consulted Clear Skies to my situation and will begin consultation sessions. ( Scott Colyer LMSW)

20. Upon this incident I immediately scheduled an emergency appointment with Dr. Schrader.
21. He believes there is a possible underlying condition.
22. Dr. Schrader has scheduled me appointments to test for possible causes. He suspects Hypoglycemia, high liver enzymes caused by damage to my liver from my medications.
23. I have appointments 9/10/08 for intense blood work and 9/16/08 for intense 2 - 2 1/2 hour physical.
24. I have numerous coworkers and friends that will attest to the fact that my character and ethics are above reproach.
25. I am doing everything I can to get this situation rectified, including seeking medical and psychological help.