# EXHIBIT F

# The Schrader Clinic, P.A.

Shannon R. Schrader, M.D.
Board Certified Family Practice



### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| J.D. REED | CHRIS MENDOZA, CMA |

| COMPANY: | DATE: |
|---|---|
|  | SEPTEMBER 28, 2009 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
|---|---|
| 713-583-1131 |  |

| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
|---|---|

| RE: | YOUR REFERENCE NUMBER: |
|---|---|

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    PLEASE RECYCLE

NOTES/COMMENTS:

---

4101 Greenbriar St, Suite 200, Houston, TX 77098  Phone 713.526.7736 • Fax 713.524.3155

Exceptional Doctors. Exceptional Care. Exceptional Results.

**Shannon R. Schrader, M.D.**
Board Certified Family Practice


SUPPORT SERVICES PROVIDED BY
MDVIP

December 10, 2008

Re: Sherilyn Gerhardt

To Whom It May Concern:

I am the primary care physician for Ms. Gerhardt and she is currently being treated for Acid Reflux disease.

If you should have any questions, please feel free to contact my office.

Sincerely,

Shannon Schrader, M.D.

Phone 713.526.7736 • Fax 713.524.3155 • DrSchrader@mdvip.com • 4101 Greenbriar St, Suite 200, Houston, TX 77098

Exceptional Doctors. Exceptional Care. Exceptional Results.