# EXHIBIT H



## The Union of
## Southwest Airlines
## Flight Attendants

January 9, 2009

**VIA USPS CERTIFIED MAIL: 7008 0150 0001 4266 2772**

Sherilyn Gerhardt
9103 Godstone Lane
Spring, TX 77379

**RE: Grievance #42-0052 – Termination (#13119 Sherilyn Gerhardt)**

Dear Sherilyn:

The Executive Board of TWU Local 556 voted to not proceed further with your Grievance. This decision was based on the merits of the case. The Union has acted in good faith, without discrimination, and has not been arbitrary in reaching its decision.

At this time, you have the option to proceed on your own with or without counsel, at your own expense, or, you may withdraw the Grievance. <u>If you choose to proceed on your own or with counsel, you must sign and have notarized the enclosed TWU release form and return to our office as soon as possible. If you choose to withdraw the grievance, please notify me of your intentions in writing.</u>

Upon releasing the Union, you or your counsel will need to contact Southwest Airlines Labor Relations Director, Mike Mankin at 214-792-2961 to schedule a Board of Adjustment or arbitration. The Union has extended Contractual times frames until February 13, 2009 (pursuant to Article 19, Section 1F of our Contract) in order to give you additional time to schedule and hold a Board of Adjustment or arbitration.

(Sherilyn Gerhardt, Page 2)

**PURSUANT TO ARTICLE 19 OF THE COLLECTIVE BARGAINING AGREEMENT BETWEEN SOUTHWEST AIRLINES COMPANY AND THE TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO: YOU HAVE UNTIL FRIDAY, MARCH 6, 2009 TO SCHEDULE AND HOLD A BOARD OF ADJUSTMENT OR ARBITRATION. IF THE BOARD OF ADJUSTMENT OR ARBITRATION HAS NOT BEEN SCHEDULED AND HELD BY THAT DATE, AND THE COMPANY AND YOUR COUNSEL HAVE NOT MADE A MUTUAL AGREEMENT TO EXTEND THE CONTRACTUAL TIME FRAMES, YOUR TERMINATION WILL BE FINAL AND BINDING AND ALL MEDICAL BENEFITS PROVIDED WHILE IN THE GRIEVANCE PROCESS WILL BE WITHDRAWN.**

If you or your attorney has any questions or concerns, please contact our legal counsel:

Edward B. Cloutman, III
Law Offices of Edward B. Cloutman, III
3301 Elm Street
Dallas, Texas 75226

Phone: 214-939-9222
Fax: 214-939-9229

Respectfully,

John Parrott
Grievance Committee Chairperson
TWU Local 556

cc: TWU Local 556 Executive Board
    Edward B. Cloutman, III

enclosure